

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00285-CR

Michael **TALMADGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10180
Honorable Steve Hilbig, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

Delivered and Filed:  June 22, 2016

DISMISSED FOR WANT OF JURISDICTION

Appellant Michael Talmadge pled no contest to possession of less than one gram of methamphetamine. On April 15, 2014, Appellant's adjudication of guilt was deferred and he was placed on community supervision. On April 14, 2015, and February 9, 2016, the trial court amended Appellant's community supervision conditions. Appellant now seeks to appeal from the trial court's February 9, 2016 order modifying the conditions of his deferred adjudication.

On May 9, 2016, we notified Appellant that "an order modifying the terms or conditions of deferred adjudication is not in itself appealable." *Davis v. State*, 195 S.W.3d 708, 711 (Tex.

Crim. App. 2006) (citing *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977)). We ordered Appellant to show cause in writing why his appeal should not be dismissed for want of jurisdiction. To date, no response has been filed.

Because the order modifying the terms of Appellant's deferred adjudication is not an appealable order, we dismiss this appeal for want of jurisdiction. *See Davis*, 195 S.W.3d at 711.

PER CURIAM

DO NOT PUBLISH